UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| REGINALD D. MCCULLOUGH | CIVIL ACTION NO. 09-cv-1106 |
| VERSUS | JUDGE HICKS |
| LARRY ENGLISH | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 4) be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2). The dismissal is deemed frivolous, pursuant to 28 U.S.C. § 1915A(b), so this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 2nd day of November, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE